JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BUILDERS BANK, an Illinois banking corporation,<br>　　　　　Plaintiff,<br>　　vs.<br>GENERAL STAR INDEMNITY COMPANY, a Delaware stock insurance company,<br>　　　　　Defendant. | Case No. 2:13-cv-00610 SVW (AJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>Action Filed:   January 29, 2013 |
| AND RELATED COUNTERCLAIM | |

On November 26, 2013, Plaintiff Builders Bank and Defendant General Star Indemnity Company filed a stipulation for dismissal of this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

Accordingly, the Court ORDERS as follows:

This entire action is dismissed with prejudice.

IT IS SO ORDERED.

Date: November 27, 2013

_____
Hon. Stephen V. Wilson,
United States District Court Judge